**David A. PHILLIPS, Respondent,**

v.

**Deetta R. PHILLIPS, Appellant.**

**No. WD 33454.**

Missouri Court of Appeals,
Western District.

Feb. 1, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 29, 1983.

James A. Rahm of Rahm & Rahm, Carrollton, for appellant.

A.V. McCalley, Richmond, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

**ORDER**

PER CURIAM:

Appeal from judgment of modification of dissolution decree.

The judgment is affirmed. Rule 84.16(b).